# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

BRENTON SMITH,

           Petitioner,

    v.

RONALD OLIVER, *et al.*,

           Respondents.

Case No. 2:25-cv-01904-RFB-EJY

**ORDER GRANTING EXTENSION**

Respondents seek an extension of time to file their response to the petition for writ of habeas corpus. ECF Nos. 5, 6.  The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motions.

Therefore, **IT IS HEREBY ORDERED** that Respondents' first unopposed Motion to Extend Time (ECF No. 5) is **GRANTED** *nunc pro tunc*.

**IT IS FURTHER ORDERED** that Respondents' second unopposed Motion to Extend Time (ECF No. 6) is **GRANTED** *nunc pro tunc*. Respondents' (ECF No. 14) Motion to Dismiss was timely filed.

**DATED**: April 15, 2026.

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**